IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case Number. 5:22-po-00073 |
| ) | |
| JOSH MCCLANAHAN ) | Violation No. E1024778 – VS22 |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

Pursuant to the **Notice of Dismissal** filed by the United States, the **Arrest Warrant** (ECF Doc. 13) issued by the Court on November 17, 2022 is hereby **NULLIFIED**. The Clerk is **ORDERED** to **CLOSE** this case and **REMOVE** from the Court's Docket.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant; to Amy McLauglin, Assistant United States Attorney; Jared Presley, Park Ranger, United States Army Corp of Engineers Summersville Lake; and to the United States Marshals Service.

**ENTERED**:  December 19, 2025.



Omar J. Aboulhosn
United States Magistrate Judge